IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WALTER ARCHER                                                           PLAINTIFF

vs.                                          NO. 5:07CV00237 BSM

SCOTT HORNADAY, ET AL.                                        DEFENDANT

## ORDER

Pending before the court is defendants' motion to compel and for extension of time to file a motion for summary judgment. Plaintiff, who is proceeding pro se, has failed to respond to Defendants' discovery requests. Defendants ask that the court order Plaintiff to respond and that the deadline for filing dispositive motions be extended to after they receive Plaintiff's discovery responses. Plaintiff has not responded to the motion.

The court finds that the motion should be granted. Plaintiff is directed to provide responses to Defendants' discovery requests within fifteen days of the date of this Order. Failure to comply with this Order may result in dismissal of the complaint. The deadline for filing motions is extended to August 19, 2008.

Accordingly, the motion to compel and for extension of time (Doc. No. 41) is hereby granted.

IT IS SO ORDERED this 28th day of July, 2008.

_____
UNITED STATES DISTRICT JUDGE