IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WALTER CHARLES ARCHER                                               PLAINTIFF

Vs                           CASE NO.: 5:07CV00237 BSM

SCOTT HORNADAY, et al                                              DEFENDANTS

<u>ORDER</u>

Defendants have filed a notice of correction of defendants' names (document #46). The Clerk is directed to change the style of the case to reflect the correct names of defendants Charlie Still (originally sued as Charlie Steele) and Jonathan Chance Dodson (originally sued as Chad Dottson).

IT IS SO ORDERED this 26th day of August, 2008.

_____
UNITED STATES DISTRICT JUDGE