IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**WALTER CHARLES ARCHER**                                              **PLAINTIFF**

v.                          **CASE NO. 5:07-CV-00237 BSM**

**SCOTT HORNADAY, ET AL**                                              **DEFENDANTS**

### JUDGMENT

For the reasons stated in open court, and as set forth in the findings of fact and conclusions of law entered on this date, plaintiff's complaint must be dismissed with prejudice against defendants.

IT IS THEREFORE ORDERED that JUDGMENT be, and it is hereby, entered in favor of defendants and against plaintiff.

IT IS FURTHER ORDERED that the complaint be, and it is hereby, dismissed with prejudice.

IT IS SO ORDERED THIS 3rd day of September, 2008.

_____
UNITED STATES DISTRICT JUDGE